UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM KHAZAN,<br><br>Defendant. | CR 14 00523<br><br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 542: Entry of Goods by Means of a False Statement; 18 U.S.C. § 545: Passing False Papers Through Customhouse; 18 U.S.C. § 1956(a)(3)(B): Laundering Monetary Instruments; 26 U.S.C. § 7206(1): Making and Subscribing to a False Tax Return; 18 U.S.C. § 2(b): Causing an Act to be Done; 18 U.S.C. §§ 982(a)(1), (b): Criminal Forfeiture] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 542, 2]

On or about May 31, 2012, in Los Angeles County, within the Central District of California, defendant SHAHRAM KHAZAN did enter and introduce, and cause to be entered and introduced, into the commerce of the United States imported merchandise, namely, women's wearing apparel, by means of fraudulent and false declarations and statements, namely, an Entry Summary,

associated invoices, and other shipping documents that falsely described the value and unit prices of merchandise being imported into the United States from the People's Republic of China as approximately 26% of the imported merchandise's true value and unit prices, whereas in truth and in fact, as defendant SHAHRAM KHAZAN knew, the value and unit prices of the merchandise was greater than described in the documents submitted.

COUNT TWO

[18 U.S.C. §§ 545, 2]

On or about May 29, 2012, in Los Angeles County, within the Central District of California, defendant SHAHRAM KHAZAN knowingly and willfully, with intent to defraud the United States, made out and passed, and caused to be made out and passed, through a customhouse of the United States, a false document, namely, a Customs and Border Protection Form 7501 Entry Summary that stated the total value of imported merchandise to be approximately $34,269.10, whereas in truth and in fact, as defendant SHAHRAM KHAZAN well knew, the true value of the imported merchandise was approximately $132,146.96.

COUNT THREE

[18 U.S.C. § 1956(a)(2)(A)]

On or about May 29, 2012, in Los Angeles County, within the Central District of California, defendant SHAHRAM KHAZAN knowingly and willfully transported, transmitted, and transferred approximately $132,146.96, from a place in the United States to a place outside the United States, namely, the People's Republic of China, with the intent to promote the carrying on of specified unlawful activity, namely, the entry of goods by means of false statements in violation of Title 18, United States Code, Section 542.

## COUNT FOUR

[26 U.S.C. §§ 7206(1), 2]

On or before April 15, 2013, in Los Angeles County, within the Central District of California, defendant SHAHRAM KHAZAN, did willfully make and subscribe, and cause to be made and subscribed, a United States Individual Income Tax Return, Form 1040, for the calendar year 2012, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, and which defendant SHAHRAM KHAZAN did not believe to be true and correct as to every material matter, in that the tax return reported a total income of $698,169.00, when, in truth and in fact, as defendant SHAHRAM KHAZAN then well knew, his income was substantially greater than the reported amount for that year.

1 | transferred, sold to, or deposited with a third party; has been
2 | placed beyond the jurisdiction of the court; has been
3 | substantially diminished in value; or has been commingled with
4 | other property that cannot be divided without difficulty.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ T. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section

FORFEITURE ALLEGATION

[18 U.S.C. §§ 982(a)(1), (b)]

1. Pursuant to Title 18, United States Code, Section 982(a)(2)(B), once defendant SHAHRAM KHAZAN ("KHAZAN") is convicted of the offense set forth in Count Two of this Information [18 U.S.C. § 545], he shall forfeit to the United States any property, constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, including, but not limited to:

(1) Approximately $701,153.00 in bank funds seized on or about January 17, 2014, from Wilshire State Bank;

(2) Approximately $30,523.00 in bank funds seized on or about January 17, 2014, from BBCN Bank;

(3) Approximately $9,500.00 in bank funds seized on or about January 17, 2014, from Pacific City Bank;

(4) Approximately $899.57 in bank funds seized on or about January 17, 2014, from Wells Fargo Bank;

(5) Approximately $14,900.00 in bank funds seized on or about January 17, 2014, from Shinhan Bank; and

(6) Approximately $5,186,452.00 in U.S. currency seized on or about January 17, 2014, from defendant KHAZAN's residence.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendant KHAZAN shall forfeit substitute property, if, by any act or omission of defendant KHAZAN, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been