# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **CR 14 00523**

U.S.A. v. SHAHRAM KHAZAN

☐ Indictment  ☑ Information

Defendant Number  1

Year of Birth _____

Investigative agency (FBI, DEA, etc.)  HSI and IRS

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  May 31, 2012

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles    ☐ Ventura
☐ Orange         ☐ Santa Barbara
☐ Riverside      ☐ San Luis Obispo
☐ San Bernardino ☐ Other _____

Citation of Offense  18 USC §§ 542; 545; 1956(a)(2)(A); 26 USC § 7206(1); and 18 USC §§ 982(a)(1),(b)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes

IF YES  Case Number  N/A

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A

Case Number  N/A

Charging  N/A

The complaint:  ☐ is still pending
☐ was dismissed on:  N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  ☑ No  ☐ Yes

IF YES, provide, Name:  N/A

Phone Number:  N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  ☑ Yes  ☐ No

This is the  N/A  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number  N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge
N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☑ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect:
N/A

**OTHER**
- [x] Male
- [ ] Female
- [x] U.S. Citizen
- [ ] Alien

Alias Name(s)  N/A

This defendant is charged in:
- [x] All counts
- [ ] Only counts:

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [x] No

IF YES, should matter be sealed?
- [ ] Yes
- [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [x] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: N/A

   in the amount of $ N/A

c. PSA supervision?
   - [ ] Yes
   - [x] No

d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:
   - [ ] State
   - [ ] Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:
   N/A

d. [ ] Solely on this charge. Date and time of arrest:
   N/A

e. On another conviction:
   - [ ] Yes
   - [x] No

   IF YES:
   - [ ] State
   - [ ] Federal
   - [ ] Writ of Issue

f. Awaiting trial on other charges::
   - [ ] Yes
   - [x] No

   IF YES:
   - [ ] State
   - [ ] Federal
   AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date   09/09/2014

Signature of Assistant U.S. Attorney
JOHN J. KUCERA
Print Name