1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  DAN G. BOYLE (Cal. Bar No. 332518)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2426
        Facsimile: (213) 894-0142
9       E-mail:    daniel.boyle2@usdoj.gov

10 Attorneys for Applicant
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-523-GW |
|---|---|
| Plaintiff, | **ORDER UNSEALING CASE** |
| v. | [UNDER SEAL] |
| SHAHRAM KHAZAN, | |
| Defendant. | |

The Court has read and considered the United States' Ex Parte Application to Unseal. The Court hereby finds that the Application, which this Court incorporates by reference into this Order, demonstrates facts that support unsealing certain documents in this action.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWING:

This action is hereby unsealed and shall appear on the public docket, and the Information, Case Summary, Plea Agreement, and Judgment and Commitment in this action shall be unsealed and available for public access.

IT IS SO ORDERED.

November 15, 2021
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DAN G. BOYLE
Assistant United States Attorney